| | | |
|---|---|---|
| PHYLLIS HAMPTON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Eos Products, LLC,<br><br>Defendant. | ) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-2674<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: April 1, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N
Brooklyn NY 11234
O: (844) 731-3343
C: (630) 478-0856
Email: achan@ealg.law