**United States District Court**
**Northern District of Illinois**

PHYLLIS HAMPTON, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

Eos Products, LLC,

Defendant.

Case No.: 1:26-cv-2674

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: May 7, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N
Brooklyn NY 11234
O: (844) 731-3343
C: (630) 478-0856
Email: achan@ealg.law